IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WESTLEY KAYEON KENNEDY,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL ACTION NO.: 2:15-cv-30

(Case No. 2:14-cr-12)

**O R D E R**

Westley Kennedy ("Kennedy"), an inmate currently incarcerated at USP Coleman I in Sumterville, Florida, filed an action under 28 U.S.C. § 2255 on March 3, 2015, attacking a judgment of conviction obtained in this Court in Case Number 2:14-cr-12. Kennedy simultaneously filed a direct appeal of his conviction with the Eleventh Circuit Court of Appeals on March 3, 2015. Notice of Appeal, United States v. Kennedy, No. 2:14-cr-12 (S.D. Ga. Mar. 3, 2015), ECF No. 634. Accordingly, on May 29, 2015, the Court stayed all proceedings in this case pending resolution of Kennedy's direct appeal. (Doc. 6.) The Court directed Respondent to file a Response to or a Motion to Dismiss Kennedy's Section 2255 Motion within thirty (30) days of the Eleventh Circuit's issuance of an opinion. (Id.)

On February 2, 2017, the Eleventh Circuit granted in part and denied in part Respondent's Motion to Dismiss Kennedy's direct appeal of his sentence. Appeal Op., United States v. Kennedy, No. 2:14-cr-12 (S.D. Ga. Feb. 3, 2017), ECF No. 784. The Eleventh Circuit granted the Government's Motion as to Kennedy's argument that his plea agreement was procedurally unconscionable. Id. However the court found that the record was not sufficiently

developed on direct appeal to address Kennedy's remaining argument that his plea was involuntary because his counsel had a conflict of interest. Id. Thus, the Court affirmed Kennedy's conviction with leave for Kennedy to raise his remaining argument on collateral review. However, Kennedy filed a petition for rehearing in the Eleventh Circuit.

Accordingly, the Court hereby **ORDERS** that all deadlines and proceedings in this case are **STAYED UNTIL FURTHER ORDER OF THE COURT**. Within thirty (30) days of resolution of the petition for rehearing by the Eleventh Circuit, Respondent shall file a Response to or a Motion to Dismiss Kennedy's Section 2255 Motion to Vacate, Set Aside, or Correct Sentence.[1]

**SO ORDERED**, this 16th day of March, 2017.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] If the Petition for rehearing is granted, Respondent's deadline for filing a Response or Motion to Dismiss is thirty days after the Eleventh Circuit's resolution of the appeal on rehearing.